OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 23, 2005

Michael E. Kunz
Clerk of Court
U.S. District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106



RE:   **U.S.A. v. Robert Butler**
      **Criminal Action No. 96-99-JJF**

Dear Mr. Kunz,

   Pursuant to the transfer of jurisdiction order (certified copy attached) regarding USA v. Robert Butler, enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

   Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _____
Anita Bolton
Deputy Clerk

cc:   U.S. Probation
      Financial Administrator

I hereby acknowledge receipt of the documents in the above captioned case.

9-26-05                    _____
**Date**                   **Signature**